OPINION — AG — QUESTION: "PLEASE ADVISE US AS THE WHETHER OUR FORESTRY OFFICES AND FORESTRY NURSERIES WHICH ARE LOCATED IN MCCURTAIN AND MCCLAIN COUNTIES, BUT OPERATE UNDER THE FORESTRY DIVISION (STATE DEPARTMENT OF AGRICULTURE), LOCATED IN THE STATE CAPITOL BUILDING WOULD BE EXEMPT FROM HOUSE BILL NO. 945 FROM COMPLYING WITH HOUSE BILL NO. 823 (POSTAGE PURCHASING) — NEGATIVE CITE: 74 O.S. 1971, 90.1-90.4 [74-90.1]-[74-90.4]/ 74 O.S. 1963 Supp., 90.1-90.4 [74-90.1]-[74-90.4], 74 O.S. 1963 Supp., 857 [74-857], 74 O.S. 1971 857 [74-857] (FRED HANSEN)